| | | | |
|---|---|---|---|
| Case No. | **CV 18-9685-DMG (FFMx)** | Date | August 30, 2019 |
| Title | *Danielle Borgia, et al. v. Bird Rides, Inc., et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT REMAND THE CASE TO LOS ANGELES SUPERIOR COURT FOR LACK OF JURISDICTION**

On August 13, 2019, the Court denied Plaintiffs' Motion to Remand ("MTR"), but granted Plaintiffs leave to file a First Amended Complaint ("FAC") that clarified certain aspects of their Complaint to allow the Court to better assess the extent of its jurisdiction under the Class Action Fairness Act ("CAFA"). [Doc. # 41 ("MTR Order").] Plaintiffs filed their FAC on August 23, 2019. [Doc. # 42.] After reviewing the FAC, Plaintiffs appear to have addressed the shortcomings relating to CAFA's local controversy exception that the Court identified in its MTR Order. Nonetheless, out of an abundance of caution, the Court shall permit Defendants to raise any objections to Plaintiffs' FAC before it decides whether to remand the action.

Defendants are hereby **ORDERED TO SHOW CAUSE** why the Court should not remand the action to Los Angeles County Superior Court under CAFA's local controversy exception. Alternatively, Defendants may notify the Court that they no longer oppose remand. Should Defendants choose to respond, Defendants may not raise any new jurisdictional arguments that they could have raised in their Notice of Removal or during the initial MTR briefing and must limit their response to new issues relating to the FAC. Defendants shall file such response or notification, which may not exceed 10 pages, no later than seven days from the date of this Order. Plaintiffs may then reply to Defendants' response no later than seven days from the date of service of that response. Plaintiffs' reply may not exceed 10 pages.

**IT IS SO ORDERED.**